# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA and**
**MARIA JOHNSON,**

      **Plaintiffs,**

**v.**         Case No:   6:13-cv-1586-Orl-31GJK

**COMPASS GROUP USA, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 16) filed by the Defendant, Compass Group USA, Inc. ("Compass Group") and the response in opposition filed by Marie Johnson ("Johnson").

This case arises under the False Claims Act, 31 U.S.C. § 3729.  Johnson, the Relator, contends that Compass Group, a food concessionaire at the Kennedy Space Center, cheated the Government by serving substandard food.   A suit involving similar allegations was filed by the same Plaintiff's counsel in 2005 against Compass Group's predecessor in the KSC food concession, Lackmann Culinary Services, Inc.  *See United States ex rel. Carolyn Vargas v. Lackmann Food Services, Inc. et al.*, Case No. 6:05-cv-712-ORL-19DAB (M.D.Fla. May 4, 2005).

Compass Group contends that Johnson's allegations are precluded by the FCA's first to file bar, 31 U.S.C. § 3730(b)(5), and its public disclosure bar, 31 U.S.C. § 3730(e)(4).  (The former prevents a plaintiff from bringing a second FCA action based on the same facts underlying a previous FCA case; the latter bars an FCA claim where the underlying facts were disclosed in

various types of public hearings, or in the news.)   However, Johnson asserts that she was a cook for Compass Group between 2009 and 2012, and the alleged misbehavior she recounts occurred during that time frame.   The *Vargas* case was settled in 2007, and Compass Group does not assert that any of the alleged misdeeds in that case occurred after that date.   As for the public disclosure bar, Johnson contends that she learned of the facts underlying her complaint as a result of her employment as a cook during the pertinent time frame, rather than via the *Vargas* case or any other public disclosure.   As such, the Court finds that the Defendant has failed to show that either the first-to-file bar or the public disclosure bar applies here.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Dismiss (Doc. 16) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 11, 2014.

> GREGORY A. PRESNELL
> UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party