UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES, EX REL. MARIE JOHNSON,**

    **PLAINTIFF/Relator,**

VS.                                                           CASE NO. 6:13-CV-1586-ORL-31GJK

**COMPASS GROUP USA, INC.,**

    **Defendant.**

_____/

**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

    Come now Plaintiff/Relator, Marie Johnson, and Defendant, Compass Group USA, Inc., by and through their respective Counsel; and, pursuant to Fed. R. Civ. P. 41(1)(ii), jointly move for voluntary dismissal with prejudice of this case, with each side to bear its own costs and attorney fees.

Respectfully submitted by:

| | |
|---|---|
| s/ Mark E. Tietig | s/ Abigail H. Kofman |
| Mark E. Tietig | Abigail H. Kofman |
| Fla. Bar No. 105465 | Fla. Bar No. 0017865 |
| mt@tietig.com | akofman@laborlawyers.com |
| TIETIG & TIETIG, P.A. | FISHER & PHILLIPS LLP |
| 6065 South Tropical Trail | 450 East Las Olas Boulevard, Suite 800 |
| Merritt Island, Florida 32952 | Fort Lauderdale, Florida 33301 |
| Telephone: (321) 452-9944 | Telephone: (954) 525-4800 |
| Facsimile: (321) 452-6960 | Facsimile: (954) 525-8739 |
| Attorney for Plaintiff | Attorney For Defendant |

## Certificate of Service

I certify that on this 12th day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Abigail H. Kofman and James C. Polkinghorn, Attorneys for Defendant; FISHER & PHILLIPS LLP, 450 East Las Olas Boulevard, Suite 800, Fort Lauderdale, Florida 33301; akofman@laborlawyers.com, jpolkinghorn@laborlawyers.com; and, AUSA Katherine Ho, U.S. Attorney's Office, 400 West Washington Street, Suite 3100, Orlando, FL 32801, katherine.ho@usdoj.gov.
.

    Respectfully submitted by:
s/ Mark E. Tietig
    Mark E. Tietig, Trial Counsel
    Fla. Bar No. 105465
    Tietig & Tietig, P.A.
    6065 South Tropical Trail
    Merritt Island, FL 32952
    (321) 452-9944
    Facsimile: (321) 452-6960
    mt@tietig.com
    Attorney for Relator Marie Johnson