# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA and**
**MARIA JOHNSON,**

        **Plaintiffs,**

**v.**                              **Case No:   6:13-cv-1586-Orl-31GJK**

**COMPASS GROUP USA, INC.,**

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**   (Doc. No. 36)
>
> **FILED:**    December 12, 2014
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. This case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2014.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties